

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00545-CR

Ray L. **ALEXANDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014SF00459
Honorable Melisa Skinner, Judge Presiding

### O R D E R

Appellant's brief was originally due on October 5, 2015. On October 16, 2015, we sent a notice to appellant, proceeding pro se, stating that the brief was late and either the brief or a motion for extension must be filed within ten (10) days. Appellant has not responded.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we ABATE this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of counsel.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, **no later than thirty days** after the date of this order, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court